**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| HOWARD D. GRISSOM, | ) | CASE NO. CV 13-03593 SJO (SS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| RON BARNES, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Dismissing Habeas Petition, filed concurrently herewith,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:   June 14, 2013.

*S. James Otero*
_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE